FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 MAR 31 AM 10: 33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DARNELL LAMAR HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV408-137 |
| AL ST. LAWRENCE and DR. SUSAN NOVAK, | ) |
| Defendants. | ) |

## O R D E R

This case is on remand from the Eleventh Circuit Court of Appeals. (Doc. 28.) In its Order, the Court of Appeals noted that Defendant's December 11, 2008 Notice of Appeal (Doc. 19) concerning this Court's November 13, 2008 Order dismissing Plaintiff's case (Doc. 15) was untimely. See Fed. R. App. P. 4(a)(1). As a result, the Court of Appeals remanded the case to this Court for a determination of whether Plaintiff is entitled to have the time to file an appeal reopened for fourteen days. See id. 4(a)(6).

A party in a civil case has thirty days to file a notice of appeal. Id. 4(a)(1). This Court may reopen the time to file an appeal if the party seeking to appeal did not receive notice of the judgment or order being appealed within twenty-one days of its entry. Id. 4(a)(6)(A). In addition, the motion to reopen the time to appeal must be

filed within either 180 days of entry, or within 7 days of notice, of the judgment or order being appealed. <u>Id.</u> 4(a)(6)(B). Finally, the Court may only reopen the time to file an appeal when doing so would not prejudice any party involved in the litigation. <u>Id.</u> 4(a)(6)(C).

In this case, the Court mailed Plaintiff notice of the Judgment dismissing his case on November 13, 2008. (Doc. 16.) However, the notice was returned as undeliverable on November 21, 2008. (Doc. 17.) Subsequently, Plaintiff notified the Court of a change of address on December 11, 2008. (Doc. 18.) As a result, the Court immediately sent Plaintiff notice of the Judgment to his new address, which Plaintiff claims he received on December 19, 2008. (Doc. 19 at 2.) Plaintiff promptly filed his Notice of Appeal, dated December 24, 2008. (<u>Id.</u>)

After careful consideration, the Court finds that a reopening of the time to file an appeal is warranted in this case. First, Plaintiff did not receive notice of the Judgment dismissing his case until after December 11, 2008, when it was sent to his new address. Therefore, Plaintiff did not receive notice of the order being appealed within twenty-one days of its entry. Second, Plaintiff filed his Notice of Appeal within 180 days of the entry of this

Court's Order. Finally, Defendants will not be prejudiced if the time to file an appeal is reopened.

The **Clerk of Court** is **DIRECTED** to return the Record, as supplemented, to the Court of Appeals for further proceedings.

SO ORDERED this 31ST day of March, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA